UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-61978-CIV-COHN/SELTZER

DR. CHRISTOPHER WALKER,

    Plaintiff,

v.

HALLMARK BANK & TRUST, LTD., et al.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANTS TURKS & CAICOS ISLANDS INVESTMENT AGENCY AND BRIAN TROWBRIDGE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal of Defendant Turks & Caicos Islands Investment Agency [DE 20] and Plaintiff's Notice of Voluntary Dismissal of Defendant Brian Trowbridge [DE 21].  The Court has reviewed the Notices, the record in this case and is otherwise advised in the premises.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. All claims against Defendants Turks & Caicos Islands Investment Agency and Brian Trowbridge are **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. Defendant Turks & Caicos Islands Investment Agency's Motion to Dismiss [DE 9] is **DENIED as moot**.

3. Defendant Brian Trowbridge's Motion to Dismiss [DE 16-2] is **DENIED as moot**.

4. This action shall proceed against the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 1st day of February, 2010.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record